**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7733**

RANDOLPH ASHFORD,

             Plaintiff - Appellant,

      v.

ANGELA GORDON; KELVIN MYERS; KISHA LINNEN; KELVIN WILLIAMS;
GEORGE J. AMONITTI, et al sued in their individual
capacities,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Paige Jones Gossett, Magistrate
Judge.  (0:13-cv-01113-JFA-PJG)

Submitted:  January 21, 2014          Decided:  January 24, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Randolph Ashford, Appellant Pro Se.  Lydia L. Magee, RICHARDSON,
PLOWDEN & ROBINSON, PA, Myrtle Beach, South Carolina; Eugene
Matthews, C. Cliff Rollins, RICHARDSON, PLOWDEN & ROBINSON, PA,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph Ashford seeks to appeal from the magistrate judge's order denying, in pertinent part, Ashford's motions to (1) extend discovery, (2) appoint counsel, (3) issue subpoenas, and (4) schedule a physical and mental health evaluation. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Ashford seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Reynaga v. Cammisa, 971 F.2d 414, 416-18 (9th Cir. 1992). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED